

*Swains:*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File 07 Civ. 3994 (LTS) |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES

WHEREAS, on August 24, 2007, this Court entered an Order regarding the schedule for filing an amended complaint and Defendants' response thereto (the "Order");

WHEREAS, in the Order, the Court scheduled a pre-trial conference on January 23, 2008 at 2:00 p.m. and ordered that counsel for all parties prepare, execute and file with the Court in advance a preliminary pre-trial statement;

WHEREAS, this case is governed by the Private Securities Litigation Reform Act ("PSLRA"), and specifically by 15 U.S.C. § 77z-1(b)(1), which stays "all discovery and other proceedings . . . during the pendency of any motion to dismiss unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.";

WHEREAS, the parties agree that, because of the stay imposed by 15 U.S.C. § 77z-1(b)(1), disposition of Defendants' now-pending motions to dismiss is warranted prior to both the submission of a preliminary pre-trial statement and the holding of a pre-trial conference;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1. The preliminary pre-trial statement and the pre-trial conference are adjourned *sine die* until after the Court's ruling on Defendants' motions to dismiss.

Dated: January 8, 2008           BERNSTEIN LIEBHARD & LIFSHITZ, LLP

                                 By: U.S. O_____
                                    U. Seth Ottensoser (UO-9703)
                                    Gregory M. Egleston (GE-1932)
                                 10 East 40th Street
                                 New York, New York 10016
                                 Tel: (212) 779-1414

Dated: January 8, 2008           KAHN GAUTHIER SWICK, LLC

                                 By: Kim E. Miller  /scb
                                    Kim E. Miller (KM-6966)
                                 12 East 41St Street, 12th Floor
                                 New York, New York 10017
                                 Tel: (212) 696-3730

                                 Lewis S. Kahn
                                 650 Poydras St Suite 2150
                                 New Orleans, LA 70130
                                 Tel: (504) 455-1400

                                 *Co-Lead Counsel for Plaintiffs*

Dated: January ___, 2008         WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation

                                 By:_____
                                    Douglas Clark (DC 8309)
                                    Gideon A. Schor (GS 5932)
                                 1301 Avenue of the Americas, 40th Floor
                                 New York, New York 10019
                                 Tel: (212) 497-7753

                                 *Attorneys for Defendants Xinhua Finance Media Ltd., Fredy Bush and Shelly Singhal*

1.  The preliminary pre-trial statement and the pre-trial conference are adjourned *sine die* until after the Court's ruling on Defendants' motions to dismiss.

Dated: January ___, 2008           **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

                                   By:_____
                                        U. Seth Ottensoser (UO-9703)
                                        Gregory M. Egleston (GE-1932)
                                   10 East 40th Street
                                   New York, New York 10016
                                   Tel: (212) 779-1414

Dated: January ___, 2008           **KAHN GAUTHIER SWICK, LLC**

                                   By:_____
                                        Kim E. Miller (KM-6966)
                                   12 East 41St Street, 12th Floor
                                   New York, New York 10017
                                   Tel: (212) 696-3730

                                   Lewis S. Kahn
                                   650 Poydras St Suite 2150
                                   New Orleans, LA 70130
                                   Tel: (504) 455-1400

                                   *Co-Lead Counsel for Plaintiffs*

Dated: January 6, 2008             **WILSON SONSINI GOODRICH & ROSATI**
                                   **Professional Corporation**

                                   By:_____
                                        Douglas Clark (DC 8309)
                                        Gideon A. Schor (GS 5932)
                                   1301 Avenue of the Americas, 40th Floor
                                   New York, New York 10019
                                   Tel: (212) 497-7753

                                   *Attorneys for Defendants Xinhua Finance Media Ltd., Fredy Bush and Shelly Singhal*

14098v1                            2

Dated: January 8, 2008

CLIFFORD CHANCE US LLP

By: _____
Mark A. Kirsch (MK 7806)
Mark Holland (MH 6494)
Angelique Shingler (AS 6052)
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-9000

*Attorneys for Defendants JP Morgan Securities, Inc., UBS AG, CIBC World Markets Corp., and W.R. Hambrecht + Co. LLC*

SO ORDERED

_____ 1/14/2008
The Honorable Laura T. Swain